UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| REYNOLDS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:09-CV-401 |
| | ) |
| AMC MORTGAGE SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the captioned case is sufficiently related to the previously filed case of <u>Reynolds, et al. v. AMC Mortgage Services, et al.</u>, Case No. 3:07-CV-430, (PHILLIPS/SHIRLEY). The Court notes that Case No. 3:07-CV-430 was closed on August 5, 2008, in light of the Plaintiffs filing for bankruptcy protection. The Court, nonetheless, finds that these cases arise out of the same transaction or occurrence and involve one or more of the same parties, and are, therefore, related. Accordingly, the captioned case should be assigned to District Judge Thomas W. Phillips and Magistrate Judge C. Clifford Shirley. However, consolidation is not ordered.

**IT IS SO ORDERED.**

ENTER:

            <u>  s/ C. Clifford Shirley, Jr.  </u>
            United States Magistrate Judge